| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bastian, Stanley A. | 2. Court or Organization United States District Court | 3. Date of Report 04/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 25 South Third Street P.O. Box 2706 Yakima, Washington 98907 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee/Shareholder - resigned May 2014 | Jeffers, Danielson, Sonn & Aylward, P.S. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1986 | Jeffers, Danielson, Sonn & Aylward, P.S. Compensation and Retirement Plan, termination buy out equivalent to value of nine months of current monthly salary |
| 2. | 2010 | Jeffers, Danielson, Sonn, & Aylward, P.S. 401(k) - includes provisions for contributions by both employee and employer |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Jeffers, Danielson, Sonn & Aylward, P.S. - salary (January to May) and salary continuation/lawfirm buy out (May to December) | $206,222.38 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | State of Washington - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bastian, Stanley A.** | 04/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jeffers, Danielson, Sonn & Aylward, P.S. | partial cost of reception - Investiture Ceremony in June 2014 | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AllianceBerstein 2020 Retirement Strategy Fund | A | Dividend | J | T | | | | | |
| 2. Amazon common stock - AMZN | A | Dividend | J | T | | | | | |
| 3. Amgen Inc, common stock - AMGN | A | Dividend | K | T | | | | | |
| 4. Baron Partners Fund - BPTRX | A | Dividend | J | T | | | | | |
| 5. Boeing common stock - BA | A | Dividend | J | T | | | | | |
| 6. Dodge & Cox Fund - DODFX | A | Dividend | J | T | | | | | |
| 7. Dreyfus S&P 500 Index Fund - PEOPX | E | Dividend | O | T | | | | | |
| 8. Fidelity Freedom 2025 Fund FATWX | C | Dividend | M | T | | | | | |
| 9. Fidelity New Insights Fund - FNIAX | A | Dividend | M | T | | | | | |
| 10. Janus High Yield Fund - JAHYX | A | Dividend | J | T | | | | | |
| 11. Janus Overseas Fund - JAOSX | A | Dividend | J | T | | | | | |
| 12. Microsoft common stock - MSFT | A | Dividend | K | T | | | | | |
| 13. Oncogenex Pharm. stock - OGXI | A | Dividend | J | T | | | | | |
| 14. Rydex Nasdaq 100 Strategy Fund - RYOCX | A | Dividend | K | T | | | | | |
| 15. Schwab Core Equity Fund - SWANX | B | Dividend | K | T | | | | | |
| 16. Schwab Dividend Equity Fund - SWDSX | B | Dividend | J | T | | | | | |
| 17. Schwab Large Cap Growth Fund - SWLSX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab S&P 500 Index Fund - SWPPX | A | Dividend | J | T | | | | | |
| 19. Schwab Small Cap Equity Fund - SWSCX | B | Dividend | K | T | | | | | |
| 20. Schwab Total Stock Fund - SWTSX | A | Dividend | J | T | | | | | |
| 21. Scout International Fund - UMBWX | A | Dividend | J | T | | | | | |
| 22. SSgA International Stock Selection Fund - SSAIX | A | Dividend | J | T | | | | | |
| 23. T.Rowe Price Blue Chip Fund - TRBCX | A | Dividend | J | T | | | | | |
| 24. UPS Inc. common stock - UPS | A | Dividend | J | T | | | | | |
| 25. Vanguard Emerging Market Equity Index Fund | A | Dividend | M | T | | | | | |
| 26. Vanguard Internation Growth Fund - VWIGX | A | Dividend | J | T | | | | | |
| 27. Vanguard Total Stock Fund - VTSMX | A | Dividend | K | T | | | | | |
| 28. Vanguard U.S. Large Cap Equity Index Fund | A | Dividend | L | T | | | | | |
| 29. Vanguard U.S. Small Cap Equity Fund | A | Dividend | L | T | | | | | |
| 30. Wasatc Small Cap Growth Fund - WAAEX | A | Dividend | J | T | | | | | |
| 31. Washington State Bond Fund | B | Dividend | M | T | | | | | |
| 32. WMI Holding Stock - WMIH | A | Dividend | J | T | | | | | |
| 33. Bank of America accounts | A | Interest | M | T | | | | | |
| 34. Chase Bank accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Banner Bank accounts | A | Interest | L | T | | | | | |
| 36. Cashmere Valley Bank accounts | A | Interest | L | T | | | | | |
| 37. Charles Schwab accounts | B | Interest | K | T | | | | | |
| 38. Utah Educational 529 Savings Plan - Age based Aggressive Global | A | Interest | L | T | | | | | |
| 39. Washington 529 GET Accounts | A | Interest | K | T | | | | | |
| 40. Jeffers, Danielson, Sonn & Aylward P.S. stock | | None | | | Redeemed | 07/15/14 | K | A | redeemed by former lawfirm |
| 41. Nakata Orchards, Inc. | E | Int./Div. | M | W | | | | | |
| 42. JDSA Building, LLC (appraisal date 04/16/12) | C | Distribution | M | Q | | | | | |
| 43. IPG Photonics IPGP | A | Dividend | J | T | Buy | 07/21/14 | J | | Stan Bastian-Alicia Nakata |
| 44. Walt Disney | A | Dividend | J | T | Buy | 07/21/14 | J | | Stan Bastian-Alicia Nakata |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 04/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 04/22/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Stanley A. Bastian

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544